UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

A/S LUND DAL INVEST and K/S
GREEN VALLEY,

      Plaintiffs,

 - against -

SHANDONG PROVINCE YANTAI
INTERNATIONAL MARINE SHIPPING
CO., a/k/a SHANDONG YANTAI
INTERNATIONAL MARINE SHIPPING
CO., a/k/a SYMS

      Defendant.
---------------------------------------------------------X

08 CV _____
ECF CASE

'08 CIV 6505

JUDGE BAER

RECEIVED JUL 22 2008

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiffs:

NONE.

Dated: July 22, 2008
   New York, NY

The Plaintiffs,
A/S LUND DAL INVEST and K/S
GREEN VALLEY

By: _/s/ Claurisse Campanale-Orozco_
Claurisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com