UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
A/S LUND DAL INVEST and
K/S GREEN VALLEY,

                Plaintiffs,

   -against-

SHANDONG PRIVINCE YANTAI
INTERNATIONAL MARINE SHIPPING CO.,

                Defendant.
------------------------------------------------------------x

08 Civ. 6505 (HB)

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09

**Hon. Harold Baer, Jr., District Judge:**

      WHEREAS Plaintiffs A/S Lund Dal Invest and K/S Green Valley ("Plaintiffs") filed their complaint in the above-referenced action on July 22, 2008 that sought entry of an ex parte order of attachment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure (the "Rule B Order"); and

      WHEREAS the Rule B Order was entered on July 24, 2008; and

      WHEREAS by letter dated September 15, 2008 Plaintiffs advised the Court that no funds had yet been attached and requested an extension of the Rule B Order for 60 days; and

      WHEREAS by endorsed order dated September 16, 2008 the Court granted the requested 60-day extension but advised Plaintiffs that if the Court received no word within those 60 days, the matter would be dismissed; and

      WHEREAS no further action in this matter has occurred since September 16, 2008; it is hereby

      ORDERED that the Rule B Order is hereby vacated; and it is further

      ORDERED that this action is dismissed and the Clerk of this Court is directed to close the case and remove it from my docket.

SO ORDERED.

October 26, 2009
New York, New York

_____
U.S.D.J.

1